IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REYNALDO ARMIJO,

    Petitioner,

v.                                                                                                Civ No. 20-0034 KG/JFR

CURRY COUNTY DETENTION CENTER,

    Respondent.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

IT IS ORDERED, ADJUDGED, AND DECREED that this civil habeas action is **dismissed without prejudice.**

                                                                                                                  _____
                                                                                                                UNITED STATES DISTRICT JUDGE